UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ROSE,

               Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

               Defendant.

CASE NO. C14-5039BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    The matter is **DISMISSED** for lack of prosecution; and

(3)    The Clerk is directed to close the case.

Dated this 5th day January, 2015.

                                              BENJAMIN H. SETTLE
                                              United States District Judge